UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :        18 Cr. 432 (CM)
                                        :
-v-                                     :        ORDER
                                        :
STEVEN GUZMAN,                          :
                                        :
                        Defendant.      :
                                        :
-------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge:

The United States Marshal Service is directed to release defendant Steven

Guzman, USMS # 85440-054, from the Daniel Patrick Moynihan Courthouse at 500

Pearl Street, into the custody of United States Probation Officer Darryl Spencer on

December 15, 2021 at 9:30 a.m. so that Mr. Guzman may be transported the same

day to an in-patient substance abuse treatment program at Cornerstone of Medical

Arts Center Hospital in Queens, NY.


Dated: New York, New York
        December 13, 2021


                                        SO ORDERED:

                                        _____
                                        U.S.M.J. GABRIEL W. GORENSTEIN