# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 15, 2021

**BY EMAIL & ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

12/15/21 MEMO ENDORSED

Violation Proceeding Adj
at defendant's request
to February 8, 2022 at 2PM.

*[signed] Colleen McMahon*

Re: United States v. Steven Guzman,
18 Cr. 432 (CM)

Dear Judge McMahon:

On December 9, 2021, the defendant in the above-captioned case was presented before Magistrate Judge Gabriel W. Gorenstein on alleged violations of his federal supervised release. In ordering Mr. Guzman's detention, Judge Gorenstein indicated that he would revisit the matter and order Mr. Guzman's release to in-patient substance abuse treatment if in-patient treatment were arranged.

In-patient treatment has been arranged (see Dkt. Nos. 33 and 34) and Mr. Guzman was transported to Cornerstone of Medical Arts Center Hospital in Queens, NY earlier today. In light of this development, the defense respectfully requests that the Court adjourn the conference currently scheduled for December 20, 2021 at 2:00 p.m. by 45 days. The Government consents to this application.

Respectfully Submitted,

*[signed]*
Andrew J. Dalack, Esq.
Assistant Federal Defender

Cc: AUSA Robert Sobelman
USPO Darryl Spencer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/21