# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 7, 2022

**BY EMAIL & ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED 2/7/22

VOSR Proceeding Adjourned to March 9, 2022 at 11:30 AM.

*[signed] Colleen McMahon*

Re: United States v. Steven Guzman,
18 Cr. 432 (CM)

Dear Judge McMahon:

I write on behalf of the parties to provide a status update regarding the pending VOSR proceedings in the above-captioned case. Without objection from the Government, I respectfully request a 30-day adjournment of the status conference currently scheduled for tomorrow, February 8, 2022.

Enclosed please find Mr. Guzman's certificate of completion from Cornerstone Treatment Facilities Network, which memorializes his successful participation in Cornerstone's month-long inpatient substance abuse treatment program. Presently, the parties are negotiating a resolution to the VOSR proceedings and require additional time to finalize an agreement. Accordingly, the parties agree that a 30-day adjournment of the status conference is appropriate.

Respectfully Submitted,

*[signed]*
Andrew J. Dalack, Esq.
Assistant Federal Defender

Cc: AUSA Robert Sobelman
USPO Darryl Spencer

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/22
```

# CORNERSTONE TREATMENT FACILITIES NETWORK
## *"Building a Strong Foundation for a Lasting Recovery"*



This letter serves as verification that Steven Guzman was admitted to Cornerstone of Medical Arts Center's Rehab December 15th, 2021 and successfully completed on January 12th, 2022

Cornerstone's mission is to make available to the communities we serve quality care for the treatment of chemical dependency in a progressive, dignified, culturally diversified, confidential, and safe environment. Our goal is to also identify, assess, educate, and refer a patient into the appropriate community provider(s), promoting a healthier substance free lifestyle. Patients are empowered to have an improved insight on their addiction, addressing individualized thoughts and feelings, while creating a connection to positive support groups.

Should you require any additional information, please do not hesitate to contact the primary counselor, Mr. John Ricks at (718) 906-6700 ext. 3239

Sincerely,

John Ricks, CASAC II  
Rehab Counselor  
Cornerstone of Medical Arts Center  
(718) 906-6700 ext. 3239  
Jricks@cornerstoneny.com

Linda Smith, CASAC  
Director of Rehab Services  
Cornerstone of Medical Arts Center  
(718) 906-6700 ext. 3056  
Lsmith@cornerstoneny.com



159-05 Union Turnpike, Fresh Meadows, NY 11366  
(800) 233-9999 ■ (718) 906-6700  
www.cornerstoneny.com  
*AN EMPLOYEE OWNED COMPANY*